# Court of Appeals
# of the State of Georgia

ATLANTA,   November 05, 2025

*The Court of Appeals hereby passes the following order:*

## A26E0082.  WILLIAMS et al. v. BUTLER et al.

Upon consideration of Petitioners O'Neal Williams, Jr. and Monica Williams's "Emergency Motion for Immediate Stay Pending Appeal" filed November 4, 2025, the same is hereby DENIED. See Court of Appeals Rule 40 (b).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,   11/05/2025*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*